# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

The Trustees of the Twin City Bricklayers Fringe Benefit Funds,

Plaintiffs,

vs.

Brown Caulking, Inc., a Minnesota Corporation; and Richard J. Brown,

Defendants.

Civil File No. 00-268 JRT/FLN

**STIPULATION FOR SETTLEMENT, RELEASE, AND ORDER**

## STIPULATION AND RELEASE

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, as follows:

1. That Defendants shall execute and send to Plaintiffs a Promissory Note requiring payment of the principal sum of $107,898.86 in favor of Plaintiffs, which represents arrearages on fringe benefit contributions through December 31, 1999, plus liquidated damages, costs, and attorney fees.

2. That as security for payment of the above-referenced Promissory Note, Defendants agreed to execute and send to Plaintiffs a Confession of Judgment and Verifications in the amount of $139,172.37.

3. That in consideration for Defendants' payment of $107,898.86 in accordance with the above-referenced Promissory Note, Plaintiffs agree not to confess judgment against the Defendants.

4. That Plaintiffs, upon receipt of the principal sum of $107,898.86, payable in accordance with the

FILED MAY 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

terms of the above-referenced Promissory Note, shall release and discharge Defendants from any and all claims, demands, rights or causes of action of whatever kind or nature including, but not limited to, claims for damages, injunctive relief or attorney fees which have been or may have been asserted in this action.

5. That this Stipulation for Settlement and Release does not alter or otherwise affect any collective bargaining agreement with any union, and/or any labor agreement and/or participation agreement to which Defendants are currently bound.

6. That this matter may be dismissed with prejudice by the Court in accordance with the terms hereof; provided, however, that the matter may be reopened upon application of either party in the event of a default in the terms of settlement as embodied herein and for the purpose of enforcing the terms of this Stipulation for Settlement and Release.

ROSENE, HAUGRUD & STAAB, CHARTERED

Dated: May 26, 2000

Andrew E. Staab
Attorneys for Plaintiffs
Suite 1250, Capital Centre
386 North Wabasha Street
St. Paul, MN 55102-1300
(651) 227-6621
Attorney Registration #204705

GRANNIS & GRANNIS PA

Dated: May 23rd 2000

David L. Grannis
Attorney for Defendants
412 Southview Blvd.
South St. Paul, MN 55075
(651) 455-1661
Attorney Registration #36808

**ORDER**

Based upon the parties' Stipulation, this matter is hereby dismissed with prejudice. This matter may be reopened upon application of either party in the event of a default or breach of the terms of the parties' settlement.

SO ORDERED.

Dated: May 30, 2000

John R. Tunheim
United States District Judge

H:\Labor\6000_6080 Bricklayers\6041.30 Brown Caulking\Stip Settle.doc